UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

December 2007 Grand Jury

CR 07-**07-01420**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAVINDER DHANDA,<br>KARAN GHUMAN,<br>DILPREET SINGH THIND,<br>PRITAMPAL SINGH SANDHU, and<br>JASWINDER SINGH GARCHA,<br><br>Defendants. | I N D I C T M E N T<br><br>[21 U.S.C. §§ 846,<br>841(a)(1), 841(b)(1)(A):<br>Conspiracy to Possess With<br>Intent to Distribute and to<br>Distribute Cocaine; 21<br>U.S.C. §§ 841(a)(1),<br>841(b)(1)(A):  Possession<br>With Intent to Distribute<br>Cocaine] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)]

A.    OBJECTS OF THE CONSPIRACY

Beginning on an unknown date and continuing until in or about December 2007, in Los Angeles and San Bernardino Counties, within the Central District of California, and elsewhere, defendants RAVINDER DHANDA ("DHANDA"), KARAN GHUMAN ("GHUMAN"), DILPREET SINGH THIND ("THIND"), PRITAMPAL SINGH SANDHU ("SANDHU"), and JASWINDER SINGH GARCHA ("GARCHA"), and others

MT:mt

known and unknown to the Grand Jury, conspired and agreed with each other to commit the following offenses:

(a) to possess with intent to distribute at least five kilograms of cocaine, a schedule II narcotic drug controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A); and

(b) to distribute at least five kilograms of cocaine, a schedule II narcotic drug controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

B.    MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE ACCOMPLISHED

The objects of the conspiracy were to be accomplished in substance as follows:

1.    Defendant DHANDA, based in Canada, would coordinate the acquisition of cocaine in the Los Angeles area.

2.    Defendant GHUMAN, based in Canada, would coordinate the shipment of cocaine by tractor trailer drivers who would transport cocaine from the Los Angeles area to Canada.

3.    Defendants THIND, SANDHU, and GARCHA would transport cocaine in tractor trailers.

C.    OVERT ACTS

In furtherance of the conspiracy and to accomplish the objects of the conspiracy, defendants and others known and unknown to the Grand Jury committed various overt acts on or about the following dates, within the Central District of California and elsewhere, including but not limited to the following:

2

1.    On August 3, 2007, during a telephone conversation and using coded language, defendant DHANDA told defendant GHUMAN that a Los Angeles area supplier had 43 kilograms of cocaine and that another Los Angeles area supplier had 10 kilograms of cocaine available to be picked up by defendant DHANDA's truck driver.

2.    On August 3, 2007, during a telephone conversation and using coded language, defendant DHANDA provided defendant GHUMAN with the telephone numbers and the "pin" numbers for the two Los Angeles area cocaine suppliers who were to provide the 43 kilograms of cocaine and the 10 kilograms of cocaine.

3.    On August 7, 2007, in Ontario, California, defendant THIND possessed approximately 53 kilograms of cocaine in a tractor trailer.

4.    On August 7, 2007, defendant THIND drove a tractor trailer containing approximately 53 kilograms of cocaine from Ontario, California, towards Las Vegas, Nevada.

5.    On August 28, 2007, during a telephone conversation and using coded language, defendant DHANDA provided defendant GHUMAN with the telephone number for a Los Angeles area cocaine supplier.

6.    On August 28, 2007, during a telephone conversation and using coded language, defendant GHUMAN told defendant SANDHU that the cocaine supplier would have 20 kilograms of cocaine.

7.    On August 28, 2007, during telephone conversations and using coded language, defendant SANDHU complained to defendant GHUMAN about defendant SANDHU being unable to contact the cocaine supplier because the supplier's telephone was off.

8.    On August 28, 2007, during telephone conversations and using coded language, defendant GHUMAN complained to defendant DHANDA about the cocaine supplier's telephone being off, and defendant DHANDA said he would take care of the problem within a half an hour.

9.    On August 28, 2007, during a telephone conversation and using coded language, defendant SANDHU told defendant GHUMAN that defendant SANDHU had talked to the cocaine supplier, who would call defendant SANDHU back in 10 minutes, and defendant GHUMAN told defendant SANDHU to coordinate the pick up of cocaine himself.

10.    On August 29, 2007, in Ontario, California, defendant SANDHU received approximately 20.16 kilograms of cocaine from an unidentified coconspirator, and defendant SANDHU placed the cocaine in a tractor trailer.

11.    Between August 29, 2007, and September 1, 2007, defendant SANDHU drove a tractor trailer containing approximately 20.16 kilograms of cocaine from Ontario, California, to Parma, Michigan.

12.    On September 1, 2007, defendant SANDHU provided defendant GARCHA with approximately 20.16 kilograms of cocaine in Parma, Michigan.

13.    On September 1, 2007, in Parma, Michigan, defendant GARCHA possessed approximately 20.16 kilograms of cocaine in a tractor trailer.

4

COUNT TWO

[21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)]

On or about August 7, 2007, in San Bernardino County, within the Central District of California, defendant DILPREET SINGH THIND knowingly and intentionally possessed with the intent to distribute at least five kilograms, that is, approximately 53 kilograms, of a mixture or substance containing a detectable amount of cocaine, a schedule II narcotic drug controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)]

On or about August 29, 2007, in San Bernardino County, within the Central District of California, defendant PRITAMPAL SINGH SANDHU knowingly and intentionally possessed with the intent to distribute at least five kilograms, that is, approximately 20.16 kilograms, of a mixture or substance containing a detectable amount of cocaine, a schedule II narcotic drug controlled substance.

A TRUE BILL

_____/S/_____
Foreperson

THOMAS P. O'BRIEN
United States Attorney

*Christine C. Ewell*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

TIMOTHY J. SEARIGHT
Assistant United States Attorney
Chief, OCDETF Section

ROB B. VILLEZA
Assistant United States Attorney
Deputy Chief, OCDETF Section

MICHAEL TERRELL
Assistant United States Attorney
OCDETF Section