JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
JOHNPAUL LECEDRE (Cal. Bar No. 303100)
Assistant United States Attorney
Post-Conviction and Special Litigation Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-4447
     Facsimile:  (213) 894-0141
     E-mail:     johnpaul.lecedre@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

JS3

                    UNITED STATES DISTRICT COURT

             FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 07-01420-RGK-1 |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER DISMISSING INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | [69] |
| RAVINDER DHANDA, et al, | |
| RAVINDER DHANDA (#1) | |
| Defendants. | |

     Upon application of the government pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court HEREBY ORDERS that the indictment, as to defendant RAVINDER DHANDA, filed in this matter be dismissed without prejudice.

     IT IS SO ORDERED.

**3/7/2025**
_____
**Date**

Presented by:

  /s/ JohnPaul LeCedre
_____
JOHNPAUL LECEDRE
Assistant United States Attorney

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE